**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/11)    Case Number **12–29361**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on July 25, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
MT1, Inc.
7647 South East End Avenue, Apartment 1E
Chicago, IL 60649

| | |
|---|---|
| Case Number: 12–29361<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>45–4848147 |
| Attorney for Debtor(s) (name and address):<br>Dirk L Van Beek<br>7220 West 194th Street<br>Tinley Park, IL 60487<br>Telephone number: 815 806–2110 | Bankruptcy Trustee (name and address):<br>Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173<br>Telephone number: 847 884–8282 |

## Meeting of Creditors:

Date: **September 19, 2012**    Time: **02:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: July 26, 2012 |

**EXPLANATIONS**     **B9B (Official Form 9B) (12/11)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                          Case No. 12-29361-JBS
MT1, Inc.                                                       Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1         User: lwilliams             Page 1 of 2           Date Rcvd: Jul 26, 2012
                             Form ID: b9b                Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2012.
db         +MT1, Inc.,    7647 South East End Avenue, Apartment 1E,    Chicago, IL 60649-4048
tr         +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
19235031   +BT&L Construction, Inc.,    2642 West Summerdale Avenue,    Chicago, IL 60625-3358
19235033   +Lendco, Inc.,    501 Silverside Road, Suite 87,    Wilmington, DE 19809-1376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: dirkvanbeek@sbcglobal.net Jul 27 2012 02:36:35      Dirk L Van Beek,
               7220 West 194th Street,    Tinley Park, IL  60487
19235032   +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jul 27 2012 03:32:55      Cook County Collector,
               118 North Clark Street,    Chicago, IL 60602-1394
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2012           Signature:   *Joseph Speetjens*

```
District/off: 0752-1           User: lwilliams              Page 2 of 2              Date Rcvd: Jul 26, 2012
                               Form ID: b9b                 Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2012 at the address(es) listed below:
        Alex D Moglia   amoglia@mogliaadvisors.com, IL31@ecfcbis.com
        Dirk L Van Beek   on behalf of Debtor  MT1, Inc. dirkvanbeek@sbcglobal.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                TOTAL: 3